UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

JOSE SANDY BUCO, Case No. 1:25-cv-10318-JLR

Debtor.

---

JOSE SANDY BUCO,

Appellant,

v.

THOMAS C. FROST,
Chapter 13 Standing Trustee,

Appellee.

---

Request GRANTED. Appellant's deadline to file his reply brief is extended to **July 27, 2026**.

**SO ORDERED.**

Dated: July 7, 2026
New York, New York

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

Appellant Jose Sandy Buco, appearing pro se, respectfully moves this Court for a brief extension of time, up to and including July 27, 2026, within which to file his Reply Brief. In support of this motion, Appellant states as follows:

1. Pursuant to the Court's May 14, 2026, Order, Appellant's Reply Brief is currently due on July 6, 2026.

2. Appellant has diligently prosecuted this appeal and has complied with the Court's directives throughout these proceedings. Following the Court's Order requiring supplementation of the appellate record, Appellant obtained the November 6, 2025, bankruptcy hearing transcript and timely filed the Amended Appendix and Amended Appendix Table of Contents as directed by the Court.

3. Appellee thereafter filed a substantive response brief addressing numerous issues arising from the bankruptcy proceedings, including matters reflected in the newly supplemented record.

4. Appellant is proceeding pro se while maintaining full-time employment and is simultaneously litigating multiple related proceedings arising from the same underlying bankruptcy and foreclosure matters, including a pending appeal before the United States Court of Appeals for the Second Circuit. Preparing those related filings has required substantial time and attention.

5. Appellant respectfully requests a brief extension to ensure that his Reply Brief accurately addresses Appellee's arguments, properly cites the supplemented record, and assists the Court in resolving the issues presented on appeal.

6. This request is made in good faith, is submitted before the expiration of the current deadline, is not made for purposes of delay, and Appellee will not be unfairly prejudiced by the requested extension.

**WHEREFORE,** Appellant respectfully requests that the Court extend the deadline for filing the Reply Brief to July 27, 2026, or for such other period as the Court deems just and proper.

Jose Sandy H. Buco

**Jose Sandy Buco**
Appellant, Pro Se
350 West 42nd Street, Apt. 57D
New York, NY 10036
jb@qualitycarephysicaltherapy.com

Dated: July 2, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

JOSE SANDY BUCO,

Case No. 1:25-cv-10318-JLR

Debtor.

---

JOSE SANDY BUCO,

Appellant,

v.

THOMAS C. FROST,
Chapter 13 Standing Trustee,

Appellee.

---

**[PROPOSED] ORDER**

Upon consideration of Appellant Jose Sandy Buco's Motion for Extension of Time to File Appellant's Reply Brief, and for good cause shown, it is hereby

ORDERED that Appellant's Motion is GRANTED; and it is further

ORDERED that the deadline for Appellant to file his Reply Brief is extended to July 27, 2026; and it is further

ORDERED that all subsequent deadlines shall be adjusted accordingly, if necessary.

SO ORDERED.

Dated: ______________________

New York, New York

______________________________
HON. JENNIFER L. ROCHON
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on **July __, 2026**, I electronically filed the foregoing **Motion for Extension of Time to File Appellant's Reply Brief**, together with the Proposed Order, using the Court's CM/ECF system, which automatically serves all registered participants in this action.

Date: 7/2/2026

Jose Sandy H. Buco

Jose Buco
Appellant Pro Se